| | | | |
|---|---|---|---|
| Mississippi Sports & Recreation, Inc. v. Town of Wheatland | 2015AP002594 | 12–01–2016 | Affirmed |
| Esselman v. Roach | 2015AP002613 | 12–13–2016 | Affirmed |
| Tirella v. Tirella | 2015AP002621 | 12–14–2016 | Affirmed |
| Rose v. Rose | 2015AP002646, 2016AP000692 | 12–21–2016 | Affirmed |
| State v. Bell† | 2015AP002667 CR, 2015AP002668 CR | 12–01–2016 | Affirmed |
| Metropolitan Assocs. v. City of Milwaukee† | 2016AP000021 | 12–08–2016 | Affirmed |
| Oak Park MHC LLC v. Vann | 2016AP000039 | 12–29–2016 | Affirmed |
| State v. Starkman | 2016AP000075 CR | 12–15–2016 | Affirmed |
| State v. Braithwaite† | 2016AP000080 CR | 12–07–2016 | Affirmed |
| State v. Brown | 2016AP000083 CR | 12–14–2016 | Affirmed |
| State v. Manteuffel† | 2016AP000096 CR | 12–06–2016 | Affirmed |
| State v. A. W.† | 2016AP000121 through 2016AP000125 | 12–08–2016 | Affirmed |
| State v. McMillan | 2016AP000127 CR | 12–15–2016 | Affirmed |
| State v. Kutska† | 2016AP000185 | 12–28–2016 | Affirmed |
| City of Eau Claire v. Phelps | 2016AP000248 | 12–28–2016 | Reversed and remanded |
| Peterson v. Gundersen Clinic Prof'l Liab. Ins. Plan | 2016AP000356 | 12–22–2016 | Affirmed |
| State v. Palaia | 2016AP000467 CR | 12–30–2016 | Reversed and remanded |
| State v. Myer† | 2016AP000490 CR | 12–22–2016 | Affirmed |
| Oak Park Quarry, LLC v. Dane County Bd. of Adjustment | 2016AP000590 | 12–01–2016 | Affirmed |
| State v. Mallum | 2016AP000765 CR | 12–13–2016 | Affirmed |

† Petition to review filed.